# FEDERAL DEFENDER SERVICES OF WISCONSIN, INC.

LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Joseph A. Bugni, Madison Supervisor
John W. Campion
Shelley M. Fite
Anderson M. Gansner
Gabriela A. Leija
Peter R. Moyers
Ronnie V. Murray
Tom E. Phillip
Joshua D. Uller
Kelly A. Welsh

517 East Wisconsin
Suite 182
Milwaukee, Wisconsin 53202

Telephone 414-221-9900
Facsimile 414-221-9901

January 14, 2020

Honorable Lynn Adelman
U.S. District Judge
517 E. Wisconsin Avenue
Milwaukee, WI 53202

Re:   *United States v. Waheba Dais*
      Case No. 18-CR-143

Dear Judge Adelman:

On December 31, the Court directed me to inform the Court by yesterday whether I have addressed the concerns Ms. Dais raised in her November 14, 2019, letter to the Court. (*See* Doc. 34). I apologize for not sending this letter earlier. I have met with Ms. Dais at the Waukesha County Jail three times since then and spoken to her on the phone frequently. We have addressed the issues that led her to write the letter, and we are preparing together for her sentencing hearing in this Court.

I thank the Court for its concern.

Sincerely,

/s/ John W. Campion
John W. Campion

JWC/jmb

c:   Waheba Dais