# FEDERAL DEFENDER SERVICES OF WISCONSIN, INC.
LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Joseph A. Bugni, Madison Supervisor
John W. Campion
Shelley M. Fite
Anderson M. Gansner
Gabriela A. Leija
Peter R. Moyers
Ronnie V. Murray
Tom E. Phillip
Joshua D. Uller
Kelly A. Welsh

517 East Wisconsin
Suite 182
Milwaukee, Wisconsin 53202

Telephone 414-221-9900
Facsimile 414-221-9901

August 17, 2020

Honorable Lynn Adelman
U.S. District Judge
517 E. Wisconsin Avenue
Milwaukee, WI 53202

Re:     *United States v. Waheba Dais*
        Case No. 18-CR-143

Dear Judge Adelman:

I have attached letters in support of Waheba Dais from three of her children Osama Dais, Nadeen Dais, Sabreen Dais, and her sister, Eman Dais.

Thank you for consideration of these letters.

Sincerely,

/s/ John W. Campion
John W. Campion

JWC

c:      Waheba Dais