Osama Dais
1032 Oakwood Ln,
Evansville, IN 47710

Saturday, March 20th, 2020

Honorable Lynn Adelman
U.S. District Court Judge
Eastern District of Wisconsin

Hi my name is Osama Dais I was born and raised in Milwaukee Waheba Dais is my mother I've lived with her my whole life almost and I know she isn't innocent her charges are indeed correct but she really isn't a bad person my mom has had a hard life and honestly I think she was just lonely and bored and it most definitely went the wrong way she was a basically a single mom she never had help from either her ex husband or "current" one and both were absolutely terrible to her she's been oppressed her whole life and I think that's what led to all this but if you really got to know waheba as a person you'd find aside from her charges she really isn't a bad person at all she was a great mom who cared about her kids and did her best to provide for us despite constant obstacles in her way be it her husband or us kids she never gave up on us and always tried her best even when her mental state wasn't all that great she had a rough life she lived in Palestine, Israel where she was constantly oppressed as a child by the people who hated her kind she's been chased beat up and even shot at before by these kinds of people she finally moved to America after an arranged marriage to my father a verbally and physically abusive pedophile who did not have a care for anyone but himself at the time eventually she married her "current" husband who controlled her and beat her he was never around as he lived with his first wife who he did not inform my mom of and whenever it came to helping her or his kids out with money when she really needed it he hardly ever helped out also the other older kids were not helping out at all and would often stealing from her and just mooching off her in general despite all that she was a really great mom who would always look out for her kids and do whatever she could to make sure we have everything we need even with her being overwhelmed broke and depressed she also took great care of the younger children despite the second to youngest having autism and the youngest copying his every move they could sure be handful together despite everything that she has been through in general she was an amazing mom who was simply bored and lonely and most definitely didn't handle it the right way thank you for reading and for your consideration