Nadeen Dais
2451 S. Howell Ave
Milwaukee, WI 53207

March 3, 2020

RE: Waheba Dais Court Case

To The Honorable Judge,

Hello, I am Nadeen Dais. I am writing on behalf of my mother Waheba Dais. The purpose of my letter is to plead to the court to not judge my mother by the worst mistake of her life. She has proven herself to be an exceptional mother and person many times. I believe a person is more than their coping mechanisms and they should be given the benefit of a doubt despite their shortcomings. My mother is no exception to this. Her involvement in these activities was unexpected to say the least but she is working on herself everyday and eventually she will be fully rehabilitated and become a productive member of society.

My mother has expressed to me so many times in the many visits I've had with her just how remorseful she is about the events that led to her being incarcerated. She has also expressed her willingness to work on herself and address the issues at the heart of the problem. My mother and I have a very close relationship. I have heard countless stories of her past and how she has struggled in her personal life. Everything built up until she reached a breaking point and wanted a sense of belonging in a world that has been very unforgiving to her. This has compromised her ability to be able to cope properly with her deep rooted issues. Since being incarcerated, however, my mother and I have spoken about getting her help through therapy when she is released in the future. I believe she is serious about bettering herself. I see a drive and a willingness in her these days that I haven't seen in her in the past. She has opened up her mind so much since 2018 having been in contact with many people of different backgrounds. I've seen what a little bit of friendship and opening up has done for her and she is beginning to become a different person, both open and willing to take in information from people whom she otherwise would not have ever come into contact with in her lifetime.

My mother, Waheba, has shown a promising and ambitious demeanor in moving past this mistake since being incarcerated in 2018. I believe this will carry on after she is released and

well into her lifetime. It is my hope that this letter regarding my mother and her case will act as a positive contributing factor when the court discusses this matter.

Sincerely,

Nadeen Dais