Hello your honor.
my name is sabreen and I was told to write a character letter about my mom. I am happy to have this opportunity to write about her and how our life was a lot better before and now how our life has became miserable without her amungst us.
I remember my mother used to wake up really early in the morning about 6 am and she started making breakfast for 7 kids despite 3 of us being adults she alone got the kids ready for school she walked the kids to school in all weather conditions rain, snow, sun, cloud. And she will come back home and start the laundry and clean the kitchen putting stuff out to cook ( like thawing a chicken, she always made sure that we had something to eat ) around two she would get ready to get my brothers and sister from school. When they came back from school she would sit with them and help them with their homework. When my mother was in school she was a 4.0 student she made sure that they completed their homework before playing. My mom always tried to teach us how to be safe and showed us how to be safe . She always made us feel like we were a family and now we don't have a family . After she helped them with homework she would start dinner. She again made sure that we had something to eat from the little money that we had . She also was teaching my little sister how to cook. We helped her set up the table and we always ate together. She then cleaned up the kitchen and the dishes and got clothing ready for my little bothers so they can get ready for bed . One of my little brothers has cystic fibrosis and my other brother has autism. And she alone focused more on keeping hamza safe and keeping Omar from having a lot of breakdowns.. despite living with her I didn't help her out as much as I should she did mostly everything alone . And she had no one to help her . She is An amazing person with a bright personality. She has an amazing sense of humor and very intelligent. She did her best to keep us happy and to keep us sheltered and to keep us safe. Despite all that she's been going through behind the scene.She moved from her better life in new York to Milwaukee to be near us . That's why me or my family haven't had anything to complain about. Omar blames himself for everything he thinks because of his autism my mother left him, he says it every single time I see him that" he's not going to be bad anymore. It's my fault.  My mother kept my family together.  And she not being around has left an empty hole that's waiting to be filled with the warmth and love that's she showed us our whole lives .