Dear Judge,

My name is Eman, the older sister of Waheba Dais. I am writing to request a new opportunity for my sister, to start again and live the dream which brought her an myself to America. I wish I could be with my sister at this difficult time, as I had always been. However, cancer that I've been fighting for the last few years, has kept me away from Waheba, leaving her to a hostile world, naive as she has always been, had always suffered from its dreadful thorns.

As we lost our mother a few months ago, heartbroken of what Waheba has come into, I kindly implore you to look with an eye of mercy to her, keeping in mind the difficult circumstances she lived in, and the kind of life she's endured for many years, seeing her American dream collapse, losing her family and struggling with a tough psychological condition, which may have led her to unbalanced decisions.

I am nine years older than my sister Waheba. Therefore, I have been a sibling and a parent for her. I lived all her childhood and adulthood, and I was the one where she's always sought refuge and found support. I know her, in and out, and I know how much love, caring and forgiveness her broken heart bears.

Living in the war-torn outskirts of Jerusalem, she didn't have an easy childhood; however, she had always been the intelligent, angelic, adorable, sweet child who loved everything in her surroundings giving joy to everybody around her. She finished school and started college when she got married. She left college and the warmth of her family. She hoped to continue education and acquire the opportunities she wouldn't have had at home. However, her marriage failed, leaving her with children. As she struggled to provide them with shelter and food, she ignored her medical condition. This has definitely put her in despair. Seeing her dream becoming a nightmare, her delicate soul has been bruised and her poor mind might have lost its power to take proper decisions.

Waheba has always been a caring, sweet person, who has never thought of harming anything rather than any human being. She has always pardoned even those who imposed harm on her. Knowing her for her entire life, she has never been a threat to nobody, nor she will ever be. She deserves another chance. Perhaps she can start over and put a brick towards a new life in the country she loved.

I wholeheartedly hope that you will take her special condition in consideration, so that she may have the opportunity to achieve the life she deserves after all she had encountered. Thank you for your time and consideration.

Sincerely yours

Eman Dais