# UNITED STATES DISTRICT COURT
## _____ DISTRICT OF _____

Waheba Issa Dais
Defendant/Movant

vs

CASE: 18 (CR) 143

UNITED STATES OF AMERICA
plaintiff/Respondent

FEB 1 2 2024
FILED
Clerk of Court
U.S. District Court
Wisconsin Eastern

## PRO SE MOTION TO REDUCE SENTENCE
## UNDER 18 USC § 3582 (C)(2)
## and USSC AMENDMENT 821

NOW comes, Waheba Issa Dais, Defendant, PRO SE, respectfully requesting this court to apply a sentence reduction under 18 USC § 3582 (C)(2) based on the retroactive USSC AMENDMENT 821 effective November 1, 2023.
The following apply(ies):

____ USSG 4A1.1 STATUS POINTS because the current offense was committed while under "any criminal justice" sentence such as imprisonment, probation, or suprevised release.

_X_ USSG 4C1.1 ZERO CRIMINAL HISTORY concerning 2 level reduction to the offense level for certain offenders with zero (0) criminal history points.

Defendant believes the marked amendment applies and requests the court appoint an attorney to represent the Defendants interest in this motion only.

Respectively submitted this 3rd day of January 2024

16688-089
REG.#