LA
18CR143

U.S. District Court
Wisconsin Eastern
FEB 1 2 2024
FILED
Clerk of Court

Jan-31st-2024

The honorable judge Adelman:

    Included is my motion to reduce sentence under USC §§ 3582 (c)(2) and USSC Amendment 821.

    Your honor; I have bee in custody since June 12th 2018, Maintained a clean record and good conduct. I am programing and have taken any classes offered to better myself, kept a job or at times two the length of my prison stay. I have a minor child with cystic fibrosis also.

    Please concider granting me this reduction of sentence. My projected release date is November -2nd- 2024.

Thank You.

Sincirely

Wahoba Davis.