Name: Waheba Dais Reg# 16688-089
Federal Correctional Institution Unit B
P.O. Box 173,
Waseca, MN 56093

**RECEIVED**
FEB 12 REC'D
**JUDGE ADELMAN'S CHAMBERS**

SAINT PAUL MN 550
9 FEB 2024 PM 2 L



⇔ 16688-089 ⇔
Lynn Adelman
517 E Wisconsin AVE
Suite 364
Milwaukee, WI 53202
United States

53202-451189